CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/11/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **JENNY F.**[1], | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )     Civil Action No. 6:22-cv-00036 |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER

In accordance with the Memorandum Opinion entered today, Plaintiff's motion for summary judgment is **GRANTED in part** (Dkt. 14), the Commissioner's motion for summary judgment is **DENIED** (Dkt. 17), and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration. This matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered:  August 11, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge

---

[1] Due to privacy concerns, I use only the first name and last initial of the claimant in social security opinions.